**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Georgia Tsosie, | No. CV-20-00384-PHX-SPL |
| Plaintiff(s), | |
| vs. | **ORDER** |
| United States of America, | |
| Defendant(s). | |

Before the Court is the parties' Joint Motion to Extend (Doc. 61), in which the parties request an extension of case deadlines. The Court previously warned the parties that they should plan their litigation activities in anticipation that no further extensions would be afforded. (Doc. 56). However, the parties' Motion details various circumstances that necessitate an extension of the time to complete expert depositions in this complex medical malpractice case. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the Motion will be granted. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend (Doc. 61) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows: (1) Expert depositions must be completed by **March 14, 2022**; (2) Good Faith Settlement talks must be completed by **February 14, 2022**; and (3) Dispositive Motions shall be due by **April 11, 2022**. No further extensions will be granted.

///

///

**IT IS FURTHER ORDERED vacating** the Status Conference currently set for November 16, 2021 at 1:30 p.m.

Dated this 15th day of November, 2021.

_____
Honorable Steven P. Logan
United States District Judge